[Cite as *Roberts v. Ohio Dept. of Rehab. & Corr.*, 2009-Ohio-7015.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JUAN ROBERTS

    Plaintiff

    v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, et al.

    Defendants

     Case No. 2006-05551

Judge Joseph T. Clark
Magistrate Steven A. Larson

<u>JUDGMENT ENTRY</u>

{¶ 1} On September 28, 2009, the magistrate issued a decision recommending judgment for plaintiff in the amount of $12,025.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein.

{¶ 4} Judgment is rendered for plaintiff in the amount of $12,025 which includes the filing fee paid by plaintiff. Court costs are assessed against defendant. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Amy S. Brown             Walter W. Messenger, Jr.
Daniel R. Forsythe       1625 Bethel Road, Suite 102
Eric A. Walker           Columbus, Ohio 43220
Assistant Attorneys General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Magistrate Steven A. Larson

MR/cmd
Filed November 3, 2009
To S.C. reporter December 29, 2009